# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

In the Matter of:

| | |
|---|---|
| Steven V Tollett } | **Case No: 13-40596-JJR7** |
| SSN: XXX-XX-0168 } | |
| Rebecca C Tollett } | |
| SSN: XXX-XX-6445 } | |
| DEBTOR(S). } | |

## ORDER GRANTING

This matter came before the Court on Thursday, May 23, 2013 09:30 AM, for a hearing on the following:

RE: Doc #62; Debtors' Motion to Reinstate Case

Proper notice of the hearing was given and appearances were made by the following:

Fred W. Teague, attorney for Rebecca C Tollett (Joint Debtor)

Fred W. Teague, attorney for Steven V Tollett (Debtor)

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the Debtors' Motion to Reinstate Case is GRANTED and the Order Dismissing this case is hereby VACATED; provided that the stay of Code Section 362(a) shall not be deemed to have been in effect from the date of dismissal until the date of this order.

Dated: 05/23/2013

/s/ JAMES J. ROBINSON
JAMES J. ROBINSON
United States Bankruptcy Judge